IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE RIDER,** | CIV S-04-1809 GEB CMK P |
| Petitioner, | **ORDER ENLARGING TIME** |
| v. | |
| **S. KERNAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty-day enlargement of time to and including July 25, 2005, to file a response to the petitioner's application for writ of habeas corpus, is hereby GRANTED.

Dated: June 22, 2005

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE