IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RIDER,                                           No. CIV S-04-1809-GEB-CMK-P

    Petitioner,

  vs.                                                              ORDER

S. KERNAN,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 7, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days.  Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  The findings and recommendations will, therefore, be adopted in full.  Petitioner's request for an order staying the instant proceedings and holding consideration of his claims in abeyance pending exhaustion of

1

1  state remedies ("stay-and-abeyance order") will be denied.

2        The court now addresses respondent's motion to dismiss (Doc. 9), filed on July 21, 2005.  Respondent correctly notes that the petition contains both exhausted and unexhausted claims and must be dismissed.  See Rose v. Lundy, 455 U.S. 509, 520 (1982).  Given that the court agrees with the magistrate judge's recommendation that petitioner is not entitled to a stay-and-abeyance order, the court also agrees that the instant petition must be dismissed.  Respondent's motion to dismiss will, therefore, be granted.

8        This dismissal, however, will be with leave to file an amended petition which alleges only exhausted claims.  Petitioner is cautioned that, if he does not file an amended petition within the time provided herein which contains only exhausted claims, the entire petition will be dismissed, without prejudice, for failure to exhaust state court remedies.  See id.

12        Accordingly, IT IS HEREBY ORDERED that:

13      1.   The findings and recommendations filed February 7, 2006, are adopted in full;

15      2.   Petitioner's motion for a stay-and-abeyance order is denied;

16      3.   This action proceeds on the petition filed on August 30, 2004, which is a "mixed" petition containing both exhausted and unexhausted claims; and

18      4.   Respondent's motion to dismiss (Doc. 9) is granted;

19      5.   The petition filed on August 30, 2004, is dismissed with leave to file an amended petitioner which alleges only exhausted claims; and

21      6.   Petitioner shall file an amended petition within 30 days of the date of service of this order.

23  Dated:  March 21, 2006

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```